IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**FILED**
**February 26, 2016**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

No. 15-10478

D.C. Docket No. 5:13-CV-226

United States Court of Appeals
Fifth Circuit
**FILED**
February 4, 2016
Lyle W. Cayce
Clerk

NATIONAL CASUALTY COMPANY,

    Plaintiff - Appellant

v.

ALICE GONZALEZ, doing business as A & J Transport,

    Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Lubbock

Before STEWART, Chief Judge, and REAVLEY and DAVIS, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is vacated and summary judgment is rendered in favor of National Casualty.

IT IS FURTHER ORDERED that defendant-appellee pay to plaintiff-appellant the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued
as the mandate on Feb 26, 2016**

Attest:
**Clerk, U.S. Court of Appeals, Fifth Circuit**